IN RE RESIGNATION OF HARKINS.

[Cite as In re Resignation of Harkins (1990), 49 Ohio St. 3d 605.]

(No. 90-168 — Submitted February 7, 1990 — Decided February 21, 1990.)

The resignation of Clyde Patrick Harkins as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF TAYLOR.
IN RE TAYLOR.

[Cite as In re Resignation of Taylor (1990), 49 Ohio St. 3d 605.]

(Nos. 89-2187 and 89-1613 — Submitted February 7, 1990 — Decided February 21, 1990.)

The resignation of Jonathan S. Taylor as an attorney is accepted. In view of Taylor's submission of his affidavit of resignation, case No. 89-1613 is dismissed as moot.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF BLAIR.

[Cite as In re Resignation of Blair (1990), 49 Ohio St. 3d 605.]

(No. 90-186 — Submitted February 7, 1990 — Decided February 21, 1990.)

The resignation of James C. Blair as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.